510-07/MEU/LJK
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
HYUNDAI MERCHANT MARINE CO., LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)



JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HYUNDAI MERCHANT MARINE CO., LTD.,

                            Plaintiff,

    - against –

CLINKER & CEMENTO, S.L.,

                            Defendant.
------------------------------------------------------------------x

07 CIV 9497

07 CIV.    (    )

**RULE 7.1 STATEMENT**

     HYUNDAI MERCHANT MARINE CO., LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parent, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       October 24, 2007

                            FREEHILL HOGAN & MAHAR, LLP
                            Attorneys for Plaintiff
                            HYUNDAI MERCHANT MARINE CO., LTD.

    By:          _____
                            Michael E. Unger (MU 0045)
                            Lawrence J. Kahn (LK 5215)
                            80 Pine Street
                            New York, NY 10005
                            Telephone: (212) 425-1900
                            Facsimile: (212) 425-1901

NYDOCS1/291921.1