LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.*
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*‡
DANIEL J. FITZGERALD*†▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON
‡ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 958-3077

January 28, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JAN 28 2008

Our Ref: 510-07/MEU

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

**BY FAX: 212 805 0426     2 Pages**
Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 755
New York, NY 10007

Re:  Hyundai Merchant Marine Co. Ltd. v. Clinker & Cemento S.L.
     07 CV 9497 (LTS)

Dear Judge Swain:

We represent the Plaintiff Hyundai Merchant Marine Co. Ltd. in the above captioned Rule B attachment action which is scheduled for an initial conference on February 1 at 12:00 p.m. Pursuant to a telephone call received from Your Honor's Chambers, we write to advise that to date no funds have been restrained pursuant to the Process of Maritime Attachment and Garnishment authorized to be issued by this Court. We continue to serve the garnishee banks daily and are hopeful that funds will eventually be restrained. Once funds are restrained we confirm we shall give prompt notice to the Defendant and will advise the Court.

Under the circumstances, we respectfully suggest that the conference scheduled for Friday is not necessary and respectfully request same be adjourned for a period of 60 to 90 days.

NYDOCS1/298011.1

2

We thank the Court for its courtesy and consideration.

Respectfully,
FREEHILL HOGAN & MAHAR LLP

Michael E. Unger

MEU:hr

The conference is adjourned to May 2, 2008, at 2:00 pm.

SO ORDERED.

1/28/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE