GEORGE B. FREEHILL
WILLIAM I. JUSKA, JR
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR ▲
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
■ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 01 2008

**MEMO ENDORSED**

April 30, 2008

OUR REF: 510-07/MEU

**BY FACSIMILE (212) 805-0426**
The Hon. Laura T. Swain
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 755
New York, NY 10007

    Re:   Hyundai Merchant Marine Co. Ltd. v. Clinker & Cemento S.L.
           07 CV 9497 (LTS)

Dear Judge Swain:

    We represent Plaintiff Hyundai Merchant Marine Co. Ltd. in the above captioned Rule B attachment action which is scheduled for an initial conference on May 2, 2008 at 2:00 p.m. To date no funds have been restrained pursuant to the Process of Maritime Attachment and Garnishment authorized to be issued by this Court. We continue to serve the garnishee banks daily and are hopeful that funds will eventually be restrained. Once funds are restrained we confirm we shall give prompt notice to the Defendant and will advise the Court.

    Under the circumstances, we respectfully request that the conference scheduled for Friday be adjourned for a period of 60 to 90 days.

NYDOCS1/303804.1

The Hon. Laura T. Swain
April 30, 2008
Page 2

We thank the Court for its courtesy and attention to this matter.

                Respectfully submitted,
                FREEHILL HOGAN & MAHAR LLP

                *[signature]*

                Michael E. Unger

MEU/mc

*The conference is adjourned to August 19, 2008, at 4:30 pm.*

                SO ORDERED.

                *[signature]* 5/1/08
                LAURA TAYLOR SWAIN
                UNITED STATES DISTRICT JUDGE

NYDOCS1/303804.1

            FREEHILL, HOGAN & MAHAR LLP